1
2
3
4
5
6

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.:  22CR0470-JLS |
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| FREDERICK JOSEPH PORTILLO(1), ANA LILIA ZEPEDA (2), | |
| Defendants. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for May 6, 2022, at 1:30 p.m. be continued to June 10, 2022, at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  April 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge