UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| UNITED STATES OF AMERICA, | CASE NO.:  22CR0470-JLS |
|---|---|
| Plaintiff, | |
| v. | ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/ TRIAL SETTING |
| FREDERICK JOSEPH PORTILLO(1), ANA LILIA ZEPEDA (2), | |
| Defendants. | |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for June 10, 2022, at 1:30 p.m. be continued to July 20, 2022, at 1:30 p.m. Defendant Zepeda shall file an acknowledgment of the new hearing date by June 8, 2022.

It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated: June 6, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge