UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JANIS L. SAMMARTINO)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FREDERICK JOSEPH PORTILLO(1),<br>ANA LILIA ZEPEDA (2),<br><br>Defendants. | CASE NO.:   22CR0470-JLS<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/ TRIAL SETTING |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Motion Hearing/ Trial Setting currently set for September 9, 2022, at 1:30 p.m. be continued to October 21, 2022, at 1:30 p.m. It is further ordered that, for the reasons stated in the parties' motion, time is excluded under the Speedy Trial Act.

IT IS SO ORDERED.

Dated:  August 31, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge