# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 22-CR-470-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING UNITED STATES' UNOPPOSED MOTION TO DISMISS THE INDICTMENT WITHOUT PREJUDICE** |
| FREDERICK PORTILLO (1) ANA ZEPEDA (2), | |
| Defendants. | |

The United States' Unopposed Motion to Dismiss the Indictment as to Frederick Portillo and Ana Zepeda Without Prejudice is **GRANTED**. The Court dismisses the Indictment (ECF No. 1) without prejudice.

IT IS SO ORDERED.

Dated: November 16, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge